# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 16-03087-01-CR-S-MDH |
| DEBORAH JEAN FREMERMAN, | ) |
| Defendant. | ) |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to the sole count contained in the Amended Information filed on July 29, 2016, and Defendant's admittance of the Forfeiture Allegation, are now Accepted. The Defendant is Adjudged Guilty of such offense. Sentencing will be set by subsequent Order of the Court.

    /s/ M. Douglas Harpool
**M. DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**

Date: August 16, 2016